| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | ALEX G. TSE (CSBN 152348) |
| | Chief, Civil Division |
| 3 | STEVEN J. SALTIEL (CSBN 202292) |
| | Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California  94102 |
| 5 | Telephone: (415) 436-6970 |
| | Facsimile:  (415) 436-6570 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: CR 97-40195 SBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALEJANDRO PINO-AGUIRRE, | ) | |
| | ) | **(PROPOSED)** |
| Defendant. | ) | **ORDER REMITTING FINE** |
| | ) | |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $1,630.00, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: 1/30/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Court Judge